UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IZZAT NAZER,<br><br>                                Plaintiff,<br><br>-against-<br><br>THE STATE OF ISRAEL; ISRAEL MASSAD; FEDERAL BUREAU OF INVESTIGATION; CENTRAL INTELLIGENCE AGENCY; DEPARTMENT OF HOMELAND SECURITY,<br><br>                                Defendants. | 23-CV-3744 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 5, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 5, 2023
            New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge